UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT T. ROMANS,        )<br>      Plaintiff,        )<br>                                     )<br>v.                                   )<br>                                     )<br>THE UNITED STATES,  )<br>      Defendant.       ) | Civil Action<br>Docket # 04-10344-RGS |

NOTICE OF APPEARANCE

Please enter my appearance on behalf of the United States.

        Respectfully submitted,
        MICHAEL J. SULLIVAN
        United States Attorney

By:   /s/ Mark J. Grady
       Mark J. Grady
       Assistant U.S. Attorney
       United States Courthouse
       1 Courthouse Way, Suite 9200
       Boston, MA  02210
       (617) 748-3136