UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT T. ROMANS,       ) | |
|     Plaintiff,       ) | |
| ) | Civil Action |
| v.       ) | Docket # 04-10344-RGS |
| ) | |
| THE UNITED STATES,       ) | |
|     Defendant.       ) | |

**CERTIFICATION OF THE DEFENDANT PURSUANT TO LOCAL RULE 16.1**

Pursuant to Local Rule 16.1, the defendant hereby certifies that it has conferred with agency counsel concerning projected expenses for this litigation as well as alternative dispute resolution programs that may at some point assist in resolving this litigation.

Dated: 6-15-04          /s/ Lt. Col. Theodore Essex by MJG
                        Lt. Col. Theodore Essex
                        Dept. of the Air Force
                        Air Force Legal Services Agency
                        General Torts Branch
                        Tort Claims and Litigation Division
                        1501 Wilson Blvd., Suite 835
                        Arlington, VA 22209-2403

Dated: 6-15-04          /s/ Mark J. Grady
                        Mark J. Grady
                        Assistant U.S. Attorney
                        John Joseph Moakley Courthouse
                        1 Courthouse Way, Suite 9200
                        Boston, MA 02210
                        (617) 748-3136