UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ROBERT T. ROMANS,<br>    *Plaintiff,*<br><br>v.<br><br>THE UNITED STATES<br>OF AMERICA,<br>    *Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 04-10344-NMG |

**JOINT MOTION FOR REVISED CASE SCHEDULE**

The parties jointly move to revise the case schedule issued on June 10, 2004. As reasons therefor, the parties state that additional time is needed to complete written discovery, as well as prepare for and schedule depositions, including depositions of members of the Armed Forces, which requires additional time to arrange.

***Proposed Revised Case Schedule:***

1. All fact discovery shall be completed by **January 3, 2005**.

2. Dispositive motions shall be filed by **February 1, 2005**.

3. Responses to be filed by **March 1, 2005**.

Respectfully submitted,

| | |
|---|---|
| ROBERT T. ROMANS, | MICHAEL J. SULLIVAN, |
| By his attorneys, | United States Attorney |
| D<small>I</small>MENTO & SULLIVAN | |
| /s/ Jason A. Kosow | By: /s/ Mark J. Grady |
| Francis J. DiMento, Jr. | Mark J. Grady |
| BBO No. 547337 | Assistant U.S. Attorney |
| Jason A. Kosow | United States Courthouse |
| BBO No. 644701 | 1 Courthouse Way, Suite 9200 |
| 7 Faneuil Marketplace, 3rd Floor | Boston, MA 02210 |
| Boston, MA 02109-1649 | (617) 748-3136 |
| (617) 523-2345 | |

Dated: October 28, 2004