UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT T. ROMANS, | ) | |
|     Plaintiff, | ) | |
| | ) | Civil Action |
| v. | ) | Docket # 04-10344-NMG |
| | ) | |
| THE UNITED STATES, | ) | |
|     Defendant. | ) | |

## REQUEST FOR REFERRAL TO MEDIATION

Now come the parties to the above captioned action to request that the court refer the matter to the court's mediation program for possible resolution.

As grounds for this request, the parties state that the instant action appears to be one in which the mediation program would assist in resolution short of trial.

| For the plaintiff, | For the defendants, |
|---|---|
| | MICHAEL J. SULLIVAN |
| | UNITED STATES |
| | ATTORNEY |
| | |
| /s/ Jason Kosow by MJG | By: /s/ Mark J. Grady |
| Jason A. Kosow | Mark J. Grady |
| DiMento and Sullivan | Assistant U.S. Attorney |
| Seven Faneuil Marketplace | John Joseph Moakley |
| Boston, MA 02109 | Courthouse |
| (617) 523-2345 | 1 Courthouse Way |
| | Suite 9200 |
| | Boston, MA 02210 |
| | (617) 748-3136 |

Dated: June 30, 2005