**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

ROBERT T. ROMANS,
        Plaintiff

V.

UNITED STATES OF AMERICA,
        Defendant

CIVIL ACTION

NO.  04-10344-NMG

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE  Gorton

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On  July 27, 2006,  I held the following ADR proceeding:

    ___ SCREENING CONFERENCE    ___ EARLY NEUTRAL EVALUATION
    _X_ MEDIATION    ___ SUMMARY BENCH / JURY TRIAL
    ___ MINI-TRIAL    ___ SETTLEMENT CONFERENCE

[X]    All parties were represented by counsel [except _____]

[X]    The parties were present in person, by telephone or by authorized corporate officer or representative

The case was:

[X]    Settled.  A  45  day order of dismissal has been entered.

[ ]    There was progress.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

[ ]    Other: _____

August 1, 2006        /s/ Kenneth P. Neiman
DATE        ADR Provider

        KENNETH P. NEIMAN, U.S. Magistrate Judge