UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT T. ROMANS,<br>          Plaintiff<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>          Defendant | )<br>)<br>)<br>)<br>)   Civil Action No. 04-10344-NMG<br>)<br>)<br>)<br>) |

SETTLEMENT ORDER OF DISMISSAL
August 2, 2006

The court, having been advised on August 1, 2006, that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within forty-five (45) days if settlement is not consummated.

By the Court,

/s/ Bethaney A. Healy
Bethaney A. Healy
Deputy Clerk